

FILED
CLERK, U.S. DISTRICT COURT
OCT - 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-06138-DUTY |
| JULIO ANGEL CASIANO RUIZ | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __the Defendant_____, IT IS ORDERED that a detention hearing is set for __October 9_____, __2025____, at __10:00____ ☒ a.m. / ☐ p.m. before the Honorable __Karen L. Stevenson_____, in Courtroom __TBD_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __October 3, 2025_____

*(signature)*
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE